# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Yoandy Fernandez Morales,<br><br>  Plaintiff<br><br>v.<br><br>Ben Guiterez, et al.,<br><br>  Defendants | Case No.: 2:20-cv-00679-APG-EJY<br><br>**Order** |

Plaintiff Yoandy Fernandez Morales has submitted an application to proceed *in forma pauperis* demonstrating that he is able to pay the full $400 filing fee for a civil action.[1] ECF No. 1. Based on the financial information provided, I deny the application to proceed *in forma pauperis* and direct Fernandez Morales to pay the $400 filing fee in full before this case may proceed.

Fernandez Morales must pay the full filing fee of $400 by Friday, May 21, 2021 to proceed with this case. Alternatively, if his financial situation has changed, he may submit a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After I determine the matter of the payment of the filing fee, I will issue an order about service of process.

I therefore order that the application to proceed *in forma pauperis* (ECF No. 1) is denied.

---

[1] Because Fernandez Morales initiated this action prior to December 1, 2020, the full filing fee is $400.

I further order Fernandez Morales to pay the full filing fee of $400 to the Clerk of the Court by May 21, 2021, in order to proceed with this case. Alternatively, if Fernandez Morales's financial status has changed, he must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate to this court by May 21, 2021.

I further order that, if Fernandez Morales fails to timely comply with this order, I will dismiss this case without prejudice.

Dated: April 23, 2021

_____
U.S. District Judge