## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Yoandy Fernandez Morales,<br><br>　　　Plaintiff<br><br>v.<br><br>Ben Gutierrez,<br><br>　　　Defendants | Case No.: 2:20-cv-00679-APG-EJY<br><br>**Order Denying Motion for Entry of Default**<br><br>[ECF No. 22] |

　　　Plaintiff Yoandy Fernandez Morales filed a motion for entry of default. ECF No. 22. He contends that defendant Ben Gutierrez accepted service of process but has not filed an answer to Morales' complaint. That is incorrect. Gutierrez filed an answer on July 26, 2021. *See* ECF No. 19. Therefore, entry of default against him would be improper.

　　　Morales also contends that Dr. Landsma is a defendant in this case. That, too, is incorrect. The only defendant named in the complaint is Gutierrez. *See* ECF No. 8 at 1-2.

　　　I THEREFORE ORDER that Morales' motion for entry of default **(ECF No. 22) is DENIED.**

　　　Dated: August 31, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge