UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANDY FERNANDEZ MORALES,<br><br>Plaintiff<br><br>v.<br><br>BEN GUITERREZ et al.,<br><br>Defendants. | Case No. 2:20-cv-00679-APG-EJY<br><br>**ORDER** |

In response to the Court's prior Order, the Nevada Attorney General's Office has filed the last known address of Defendant Henry Landsman.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court SHALL issue a summons for Dr. Henry Landsman and deliver the same to the U.S. Marshal for service together with a copy of the Attorney General's filing under seal at ECF No. 33. The Clerk of Court SHALL also send a copy of this Order together with a copy of Plaintiff's Amended Complaint (ECF No. 26) and a copy of the screening order (ECF No. 25) to the U.S. Marshal for service on Dr. Landsman.

IT IS FURTHER ORDERED that the Clerk of Court SHALL send Plaintiff a USM-285 form. Plaintiff shall have thirty (30) days within which to furnish the U.S. Marshal the required USM-285 form with relevant information as to Dr. Landsman.

The U.S. Marshal Service shall commence efforts of service within ten (10) days of receipt of Plaintiff's completed USM-285.

DATED this 10th day of January, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE